1
2
3
4
5
6
7

8               UNITED STATES DISTRICT COURT
9           WESTERN DISTRICT OF WASHINGTON
                       AT TACOMA

10
11   BRIAN DAVID MATTHEWS,

Plaintiff,

Case No.  C07-5376RJB

ORDER GRANTING AND
DENYING DEFENDANTS'
MOTION TO DISMISS

v.

CHIP THORNHILL, *et al.*,

Defendants.

16      This matter comes before the Court on Magistrate Judge J. Kelly Arnold's Report and

Recommendation (Dkt. 76) on Defendant's Motion to Dismiss Plaintiff's First Amended Complaint (Dkt.

73).  The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of Judge Arnold,

Plaintiff's objections to the report and recommendation (Dkt. 79), Defendants' response to Plaintiff's

objections (Dkt. 80), and the remaining record, does hereby find and ORDER:

    (1)     The Court adopts the Report and Recommendation;

    (2)     Defendants' Motion to Dismiss is **GRANTED in part** and **DENIED in part**.  Defendants'

motion is denied as to Plaintiff's excessive force claim against Defendants Thornhill, Nelson, Alvarado,

Jurasin, and Ingram.  Defendants' motion is granted as to the remainder of Plaintiff's complaint and

Plaintiff's remaining claims and causes of action are dismissed; and

    (4)     The Clerk is directed to send copies of this Order to plaintiff and to the Hon. J. Kelley

Arnold.

28

1    DATED this 24th day of June, 2008.

2

3    ROBERT J. BRYAN
     United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28