UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRIAN D. MATTHEWS,<br><br>                Plaintiff,<br><br>   v.<br><br>JOSEPH LEHMAN, *et al.,*<br><br>                Defendants. | Case No. C07-5376RJB<br><br>ORDER DENYING PLAINTIFF'S MOTION TO STRIKE ANSWER |

The Court, having reviewed plaintiff's motion to strike (Doc. 84) and the balance of the record contained herein, does hereby find and ORDER.

(l) Plaintiff's argues the Answer to his Amended Complaint includes claims or defenses that are inconsistent with Court's earlier rulings. After reviewing the matter, the undersigned is not persuaded by Plaintiff's argument. At this stage in the litigation Defendant's will not be precluded from raising certain defenses, discovery and introducing evidence to support those defenses, or arguing their case. Plaintiff's motion is **DENIED**.

(2) The Clerk is directed to send plaintiff a copy of this Order and the General Order

DATED this Tuesday, September 2, 2008.

                                        */s/ J. Kelley Arnold*
                                        J. Kelley Arnold
                                        United States Magistrate Judge