UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRIAN D. MATTHEWS,

        Plaintiff,

v.

JOSEPH LEHMAN, *et al*.,

        Defendant.

CASE NO. C07-5376 RJB/JRC

ORDER GRANTING STIPULATED MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE

This case has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrates' Rules MJR 1, MJR 3, and MJR 4. The matter is before the court on the parties' stipulated motion to extend the dispositive motion deadline (Doc. 98). After reviewing the motion and the remaining record, the court finds and orders as follows:

1. The motion is GRANTED. The dispositive motion deadline shall be extended to **April 24, 2009**, a fifteen day extension.

2. The motion does not suggest moving the deadline to file a Joint Status Report; however, to provide for adequate time to consider any dispositive motions filed on April 24,

2009, the report deadline should also be moved. The joint status report shall be served and filed by **June 5, 2009**.

DATED this 14th day of April, 2009.

/s/ J. Richard Creatura
_____
J. Richard Creatura
United States Magistrate Judge