UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRIAN DAVID MATTHEWS,

    Plaintiff,

v.

JOSEPH LEHMAN, *et al*.,

CASE NO. C07-5376RJB

ORDER

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation;

(2)     Defendants motion for summary judgment is GRANTED;

(3)     Plaintiff's claims and causes of action are dismissed, and;

(4)     The Clerk is directed to send copies of this Order to the parties.

DATED this 1st day of July, 2009.

*/s/ Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge

ORDER - 1