# United States District Court

WESTERN DISTRICT OF WASHINGTON

Brian David Matthews

JUDGMENT IN A CIVIL CASE

v.

Joseph Lehman et al

CASE NUMBER: C07-5376RJB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. The court adopts the Report and Recommendation;

2. Defendants motion for summary judgment is GRANTED; and

3. Plaintiff's claims and causes of action are dismissed.


    July 6, 2009                              BRUCE RIFKIN
                                                           Clerk


                                         */s/ Jennie L. Patton*
                                                    Deputy Clerk